UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-8285-CIV-RYSKAMP

AMERICAN TECHNOLOGY OF SOUTH
FLORIDA CORPORATION d/b/a AMERICAN
TECHNOLOGY CORP. n/k/a X-MED
MEDICAL INFORMATION SYSTEM, INC.,
a Florida corporation, and ALEXANDER G.
CHIGOS, individually,

      Plaintiffs,
vs.

PRIMED TECHNOLOGIES, L.C., a Florida
corporation, ALVIN BROVENICK, individually,
EVAN BROVENICK, individually, DAVID
BLECHMAN, individually, PRIMUS PHYSICIAN
SERVICES INC., a Delaware corporation, JAMES
R. JUDE, M.D., individually, RUBEN E. GARCIA,
individually, and JOHN A. AUDETTE, individually,

      Defendants.
_____/



## PLAINTIFFS' MOTION TO DISSOLVE WRITS OF GARNISHMENT

Plaintiffs, AMERICAN TECHNOLOGY OF SOUTH FLORIDA CORPORATION, d/b/a AMERICAN TECHNOLOGY CORP., n/k/a X-MED MEDICAL INFORMATION SYSTEM, INC., a Florida corporation, ("American Technology") and ALEXANDER G. CHIGOS, individually, ("Chigos") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby move this Court for an order dissolving writs of garnishment and to discharge the garnishees, and as grounds therefore state as follows:

1. On October 5, 2001, Plaintiffs filed motions for continuing writs of garnishment with respect to defendants, Evan Brovenick, Alvin Brovenick and David Blechman (collectively "Individual Defendants"). The continuing writs of garnishment were issued by the Court on October 10, 2001 and served on garnishee, Defendant PriMed Technologies, L.C. ("PriMed").

2. On October 16-17, 2001, Plaintiffs filed motions for writs of garnishment with respect to PriMed and the Individual Defendants (collectively, "Defendants"). The writs of garnishment were issued by the Court on November 6, 2001. Eleven writs of garnishment were subsequently served on the Primed's customers (the "Customer Garnishees") as follows:

    a. Intracoastal Health Center, Inc.;

    b. Boca Raton Dermatology, P.A.;

    c. Palm Beach Oncology Hematology;

    d. Medical Neurology;

    e. Women's Health Care Associates;

    f. Lazzaro Guerra, M.D.;

    g. Boca Orthopaedic Group, Inc.;

    h. Kenneth Konsker, M.D.;

    i. West Med Allergy Associates/West Med Hearing and Balance Center;

    j. Boca Heart Associates; and

    k. Plantation Ear, Nose and Throat, P.A.

3. The parties have entered into a post-judgment letter agreement wherein Plaintiffs agreed to dissolve the existing writs of garnishment served on PriMed and the Customer Garnishees.

WHEREFORE, Plaintiffs respectfully requests that this Court enter an order dissolving the continuing writs of garnishment served on PriMed and the writs of garnishment served on the Customer Garnishees, and grant such further relief as this court deems just and equitable.

      EDWARDS & ANGELL, LLP

By: _____
Donna M. Greenspan
EDWARDS & ANGELL, LLP
Florida Bar No. 059110
One North Clematis Street
Suite 400
West Palm Beach, FL 33401
Phone: (561) 833-7700
Fax: (561) 655-8719

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via facsimile and U.S. Mail, this 28th day of November, 2001, to: Jonathan Bloom, Esq., 299 Camino Gardens Blvd., #207, Boca Raton, FL 33432.

*[signature]*
Donna M. Greenspan